AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LUKA MILOSAVLJEVIC, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:25-cv-03490-AT |
| CASA CRUZ 61, LLC d/b/a CASA CRUZ, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luka Milosavljevic, Stephanie Jones, and Guilherme Parreiras   .

Date:   06/04/2025

/s/ Brian Nettle
*Attorney's signature*

Brian Eugene Nettle, #5761978
*Printed name and bar number*

Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
*Address*

bnettle@faruqilaw.com
*E-mail address*

(212) 983-9330
*Telephone number*

(212) 983-9331
*FAX number*