USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/17/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LUKA MILOSAVLJEVIC, STEPHANIE JONES, and GUILHERME PARREIRAS, on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ,

                Defendants.

Civil Case No. 1:25-cv-03490-AT

**STIPULATION AND ORDER**

---

**WHEREAS**, Plaintiffs Luka Milosavljevic, Stephanie Jones, and Guilherme Parreiras, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), filed a Collective and Class Action Complaint (ECF No. 5) (the "Complaint") on April 29, 2025, asserting claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and the New York Labor Law, N.Y. Lab. Law §§ 1, *et seq.* ("NYLL") (collectively, the "Claims") against Defendants Casa Cruz 61, LLC d/b/a Casa Cruz and Juan Santa Cruz (collectively, "Defendants"); and

**WHEREAS**, Plaintiffs bring their FLSA Claims on behalf of themselves and all persons employed by Defendants as waitstaff at any time during the full statute of limitations period (the "Proposed FLSA Collective"); and

**WHEREAS**, the parties are engaged in good-faith discussions regarding a potential resolution of this matter; and

**WHEREAS**, on June 16, 2025, the parties executed a Tolling Agreement (the "Tolling Agreement"), pursuant to which Defendants agreed that the statute of limitations applicable to the FLSA Claims shall be tolled from June 5, 2025, until termination of the Tolling Agreement, and

1

Plaintiffs agreed not to seek conditional certification of the Proposed FLSA Collective without Defendants' consent while the Tolling Agreement remains in effect;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that:

1. Defendants hereby acknowledge proper service of the Complaint; and

2. The deadline for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended to and including July 21, 2025.

Dated: New York, New York
June 16, 2025

| **FARUQI & FARUQI, LLP** | **HELBRAUN & LEVEY LLP** |
|---|---|
| By: /s/ Innessa M. Huot | By: /s/ Brianne E. Murphy |
| Innessa M. Huot | Brianne E. Murphy |
| 685 Third Avenue, 26th Floor | 40 Fulton Street, 28th Floor |
| New York, New York 10017 | New York, New York 10038 |
| ihuot@faruqilaw.com | Brianne.murphy@helbraunlevey.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Dated: June 17, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge