USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2025__

# HELBRAUN | LEVEY

July 19, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: *Milosavljevic, et al. v. Casa Cruz 61, LLC d/b/a Casa Cruz, et al.*, No. 1:25-cv-03490-AT

Dear Judge Torres:

This firm represents Defendants Casa Cruz 61, LLC d/b/a Casa Cruz and Juan Santa Cruz (collectively, "Defendants") in the above-referenced action (the "Action"), in which Plaintiffs Luka Milosavljevic, Stephanie Jones, and Guilherme Parreiras, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), have filed a Collective and Class Action Complaint dated April 28, 2025 (ECF No. 5) (the "Complaint"), asserting claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, and the New York Labor Law, N.Y. Lab. Law §§ 1, *et seq*.

Pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, we respectfully request a two-week extension of Defendants' deadline to answer, move, or otherwise respond to the Complaint—from July 21, 2025 to August 4, 2025. This is Defendants' second request for an extension of their response deadline.

The parties are presently conferring regarding the applicability of arbitration agreements and class action waivers and are working towards an agreement on how to move forward. Plaintiffs have consented to this requested extension.

In addition, in the interest of judicial economy, Defendants respectfully request that the Court toll all existing deadlines, including those set forth in the Civil Case Management Plan and Scheduling Order (ECF No. 18), until the applicability of the arbitration agreements has been resolved.

GRANTED IN PART. By **August 4, 2025**, Defendants shall answer, respond to, or otherwise move with respect to Plaintiffs' complaint. Any additional request for an extension of existing deadlines, including those set forth in the case management plan, shall state with specificity the deadline(s) sought to be extended and a proposed date for the extended deadline.

SO ORDERED.

Dated: July 21, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge