Brianne E. Murphy
Helbraun & Levey LLP
40 Fulton St., Fl. 28
New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LUKA MILOSAVLJEVIC, STEPHANIE JONES, and GUILHERME PARREIRAS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ,<br><br>Defendants. | Case No.: 1:25-cv-3490<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

CASA CRUZ 61, LLC d/b/a CASA CRUZ certifies the following:

SANTACRUZ CO HOLDINGS LLC owns the Founder's Class B equity in CASA CRUZ 61,

LLC d/b/a CASA CRUZ. The undersigned counsel further certifies that there are no publicly

held corporations owning 10% or more of CASA CRUZ 61, LLC d/b/a CASA CRUZ stock.

Dated:      July 24, 2025
            New York, New York

**HELBRAUN & LEVEY LLP**
*Attorneys for Defendants*

By: */s/Brianne E. Murphy*
Brianne E. Murphy
40 Fulton, Fl. 28
New York, New York 10038
(212) 219-1193
Brianne.murphy@helbraunlevey.com