UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LUKA MILOSAVLJEVIC, STEPHANIE JONES, and
GUILHERME PARREIRAS, on behalf of themselves
and others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | Case No. 25-CV-03490-AT |
| v. | **APPEARANCE OF COUNSEL** |

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and
JUAN SANTA CRUZ,

                              Defendants.
------------------------------------------------------------------------X

TO:    The Clerk of the Court and all parties of record

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Defendants CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ.


Dated:        July 30, 2025
              New York, New York


                              **HELBRAUN & LEVEY LLP**

                              By: _Cynthia J. Park_____
                              Cynthia J. Park
                              40 Fulton Street, 28th Floor
                              New York, New York 10038
                              (212) 219-1193
                              cynthia.park@helbraunlevey.com

                              *Counsel for Defendants*