# EXHIBIT A

## TOLLING AGREEMENT

This Tolling Agreement ("Agreement") is made by and between, on the one hand, Plaintiffs Luka Milosavljevic, Stephanie Jones, Guilherme Parreiras and all putative FLSA Collective Plaintiffs (together, the "Plaintiffs") and, on the other hand, Casa Cruz 61, LLC d/b/a Casa Cruz, and Juan Santa Cruz (collectively, the "Defendants") (collectively, the "Parties" and each individually a "Party").

## I.    RECITALS

**WHEREAS**, the Parties are presently engaged in litigation in the United States District Court in the Southern District of New York, *Milosavljevic, et al. v. Casa Cruz 61, LLC d/b/a Casa Cruz, et al.*, No. 1:25-cv-03490-AT (the "Action"), concerning Defendants' purported violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and the New York Labor Law, N.Y. Lab. Law §§ 1, *et seq.* ("NYLL") (collectively, the "Claims").

**WHEREAS**, Plaintiffs assert FLSA Claims on behalf of themselves and all persons employed by Defendants as Waitstaff at any time during the full statute of limitations period (the "Proposed FLSA Collective");

**WHEREAS**, until each putative member of the Proposed FLSA Collective completes a consent to join form and the form is filed with the Court, the individual's limitations period under the FLSA will continue to expire on a daily basis, which will result in the daily loss of recoverable damages and actionable claims against Defendants for the FLSA claims asserted in the Action;

**WHEREAS**, in light of the Parties' exploration of early resolution of this matter, the Parties desire to toll the running of any statute of limitations and any other period relating to the timely assertion of FLSA Claims against Defendants by any putative members of the Proposed FLSA Collective(the "Putative Opt-Ins") between June 5, 2022 and the date this Agreement is terminated by either Party pursuant to the terms of this Agreement;

**NOW, THEREFORE**, in consideration of the mutual promises, covenants, and consideration contained herein, the receipt and sufficiency of which the Parties hereby acknowledge, the Parties agree as follows:

## II.    TERMS

**A.**    The running of any statute of limitations and any other period relating to the timely assertion of the FLSA Claims by the Putative Opt-Ins against Defendants shall be suspended and tolled during the period from June 5, 2025 through the Cancellation Date as that term is defined in Section D herein (the "Tolling Period").

**B.**    With respect to the FLSA Claims of the Putative Opt-Ins, Defendants hereby waive, extend, and agree not to plead the statute of limitations or invoke it in any other way only with respect to the passage of time from June 5, 2025 through the Cancellation Date, or assert laches, estoppel, or any other defense based only on the passage of time from June 5, 2025 through the Cancellation Date.

**C.** During the Tolling Period, Plaintiff shall not file any motion with the Court for conditional certification of a Proposed FLSA Collective except with the consent of Defendants in connection with a proposed settlement of the Parties' claims.

**D.** This Tolling Agreement is effective as of June 5, 2025, and shall terminate seven (7) days after either Party gives written notice of cancellation to the other ("Cancellation Date"), at which time this Tolling Agreement will be of no further force and effect.

**E.** The undersigned, as counsel for the Parties, may agree to renew, amend, and/or extend this Agreement by confirming such agreement in writing, including via email.

**F.** Except as set forth in Section E herein, this Agreement may not be modified, amended, or waived except in a writing signed by the respective Parties hereto or their counsel.

**G.** This Agreement shall be governed by the laws of the State of New York.

**H.** This Agreement may be executed in counterparts and via facsimile or electronic means, all of which shall have full force and effect.

**I.** This Agreement shall be binding upon and inure to the benefit of the Parties, their predecessors, successors, and assigns, if any.

**J.** Each of the individuals signing this Agreement represents and warrants that he or she has full power and authority to bind the Parties identified below the individual's signature.

**Counsel for Plaintiffs:**

By: _____     Dated: June 18, 2025
    Innessa M. Huot
    Shawn Clark
    Faruqi & Faruqi, LLP
    685 Third Avenue, 26th Floor
    New York, New York 10017
    ihuot@faruqilaw.com
    sclark@faruqilaw.com

**Counsel for Defendants:**

By: _____     Dated: June 16, 2025
    Brianne Murphy
    Melissa Greenberg
    Cynthia Park
    Carli Miller
    Helbraun & Levey LLP
    40 Fulton Street, 28th Floor

New York, NY 10038
Brianne.murphy@helbraunlevey.com
Melissa.greenberg@helbraunlevey.com
Cynthia.park@helbraunlevey.com
Carli.miller@helbraunlevey.com