UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKA MILOSAVLJEVIC, STEPHANIE JONES,
and GUILHERME PARREIRAS, on behalf of
themselves and others similarly situated,

                        Plaintiffs,

           -against-

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and
JUAN SANTA CRUZ,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/2025

25 Civ. 3490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of the parties' letters filed at ECF Nos. 30, 31, 32, 33, and 34.
Accordingly:

1. By **September 12, 2025**, Defendants shall file their motion to dismiss;
2. By **September 26, 2025**, Plaintiffs shall file their response;
3. By **October 3, 2025**, Defendants shall file their reply, if any.

        Briefing on Plaintiffs' motion for conditional certification of a collective action is held in
abeyance pending the Court's disposition of Defendant's motion to dismiss.

        SO ORDERED.

Dated: August 14, 2025
      New York, New York

                            ANALISA TORRES
                     United States District Judge