UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LUKA MILOSAVLJEVIC, STEPHANIE JONES,
and GUILHERME PARREIRAS, on behalf of      Case No. 25-CV-03490-AT
themselves and others similarly situated,

                          Plaintiffs,

      v.

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and
JUAN SANTA CRUZ,
                     Defendants.
------------------------------------------X

**DECLARATION OF WILLIAM HANNON IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT ON BEHALF OF DEFENDANTS CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ**

Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the following is true and correct:

1. As of March 10, 2025, I have been the Director of Operations of Defendant Casa Cruz 61, LLC d/b/a Casa Cruz ("Casa Cruz"). As such, I am fully familiar with the facts set forth in this Declaration.

2. I make this Declaration in support of Defendants Casa Cruz and Juan Santa Cruz's ("Santa Cruz") (collectively "Defendants") Motion to Dismiss Plaintiffs' Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure ("FRCP"), Motion for a More Definite Statement pursuant to Rule 12(e) of the FRCP, or in the alternative, Motion to Compel Arbitration pursuant to Rule 12(b)(3) of the FRCP.

3. I make this Declaration based on my search of the books and records of Casa Cruz, which, upon information and belief, were kept in the ordinary course of business.

4. Based on my search of the books and records of Casa Cruz on or about June 23, 2025, the below are records kept in the ordinary course of business.

5. Attached hereto as Exhibit "A" is a true and correct copy of the time entries of Plaintiff Luka Milosavljevic ("Plaintiff Milosavljevic").

6. Attached hereto as Exhibit "B" is a true and correct copy of the wage notice signed by Plaintiff Luka Milosavljevic ("Plaintiff Milosavljevic") at hiring on December 15, 2023.

7. Attached hereto as Exhibit "C" is a true and correct copy of the wage notice signed by Plaintiff Milosavljevic before a change in pay rate, allowances claimed or payday on January 15, 2024.

8. Attached here to as Exhibit "D" is a true and correct copy of the wage notice signed by Plaintiff Guilherme Parreiras ("Plaintiff Parreiras") at hiring on April 25, 2024.

9. Attached here to as Exhibit "E" is a true and correct copy of the wage notice signed by Plaintiff Stephanie Jones ("Plaintiff Jones") at hiring on April 24, 2024.

10. Attached here to as Exhibit "F" is a true and correct copy of the arbitration agreement signed by Plaintiff Jones at hiring on April 24, 2024.

11. Attached here to as Exhibit "G" is a true and correct copy of the arbitration agreement signed by Plaintiff Parreiras at hiring on April 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/12/2025 _____.



_____
WILLIAM HANNON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2025, the Declaration of William Hannon in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint was served upon the following parties and participants by filing a copy thereof with the Court's electronic transmission facilities pursuant to Fed. R. Civ. P. 5(b)(3) and Southern and Eastern District Local Civil Rule 5.2

Brian Nettle
28-15 34th Street #4C
Astoria, NY 11103
(888) 815-0203

Jacob Aronauer
250 Broadway, Suite 600
New York, NY 10007
(212) 323-6980

*/s/ Brianne E. Murphy*
Brianne E. Murphy, Esq.

3