# EXHIBIT A

TimeEntries_2021_01_01-2024_12_31

| Employee | Anomalies | Job | Date | Time In | Time Out | Auto Clock-out | Total Hours | Unpaid Break Time | Cash Tips Declared | Payable Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| **Milosavljevic, Luka** | | Server PM | Oct 17, 2022 | 03:00 PM | 11:28 PM | FALSE | 8.48 | 0.00 | 0.00 | 8.48 |
| **Milosavljevic, Luka** | | Server AM | Oct 18, 2022 | 11:00 AM | 03:12 PM | FALSE | 4.20 | 0.00 | 0.00 | 4.20 |
| **Milosavljevic, Luka** | | Server AM | Oct 19, 2022 | 06:35 AM | 11:59 AM | FALSE | 5.41 | 0.00 | 0.00 | 5.41 |
| **Milosavljevic, Luka** | | Server AM | Oct 19, 2022 | 11:59 AM | 02:38 PM | FALSE | 2.64 | 0.00 | 0.00 | 2.64 |
| **Milosavljevic, Luka** | | Server AM | Oct 20, 2022 | 11:02 AM | 03:13 PM | FALSE | 4.18 | 0.00 | 0.00 | 4.18 |
| **Milosavljevic, Luka** | | Server AM | Oct 23, 2022 | 09:33 AM | 04:10 PM | FALSE | 6.62 | 0.00 | 20.00 | 6.62 |
| **Milosavljevic, Luka** | | Server AM | Oct 24, 2022 | 06:26 AM | 11:12 AM | FALSE | 4.77 | 0.00 | 0.00 | 4.77 |
| **Milosavljevic, Luka** | | Server AM | Oct 24, 2022 | 11:12 AM | 03:25 PM | FALSE | 4.21 | 0.00 | 0.00 | 4.21 |
| **Milosavljevic, Luka** | | Private Events | Oct 25, 2022 | 09:08 AM | 08:37 PM | FALSE | 11.48 | 0.00 | 0.00 | 11.48 |
| **Milosavljevic, Luka** | | Server PM | Oct 26, 2022 | 04:10 PM | 11:57 PM | FALSE | 7.78 | 0.00 | 0.00 | 7.78 |
| **Milosavljevic, Luka** | | Server AM | Oct 28, 2022 | 11:02 AM | 03:45 PM | FALSE | 4.70 | 0.00 | 0.00 | 4.70 |
| **Milosavljevic, Luka** | | Server AM | Oct 30, 2022 | 11:01 AM | 04:13 PM | FALSE | 5.20 | 0.00 | 0.00 | 5.20 |
| **Milosavljevic, Luka** | | Server PM | Oct 31, 2022 | 04:02 PM | 10:15 PM | FALSE | 6.21 | 0.00 | 0.00 | 6.21 |
| **Milosavljevic, Luka** | | Server AM | Nov 01, 2022 | 11:05 AM | 05:04 PM | FALSE | 5.98 | 0.00 | 0.00 | 5.98 |
| **Milosavljevic, Luka** | | Server PM | Nov 01, 2022 | 05:04 PM | 10:32 PM | FALSE | 5.46 | 0.00 | 0.00 | 5.46 |
| **Milosavljevic, Luka** | | Server AM | Nov 02, 2022 | 11:03 AM | 03:34 PM | FALSE | 4.53 | 0.00 | 0.00 | 4.53 |
| **Milosavljevic, Luka** | | Server AM | Nov 04, 2022 | 11:07 AM | 03:41 PM | FALSE | 4.57 | 0.00 | 0.00 | 4.57 |
| **Milosavljevic, Luka** | | Server PM | Nov 07, 2022 | 04:03 PM | 10:23 PM | FALSE | 6.33 | 0.00 | 0.00 | 6.33 |
| **Milosavljevic, Luka** | | Server PM | Nov 08, 2022 | 03:16 PM | 10:43 PM | FALSE | 7.46 | 0.00 | 0.00 | 7.46 |
| **Milosavljevic, Luka** | | Server PM | Nov 09, 2022 | 03:36 PM | 12:34 AM | FALSE | 8.98 | 0.00 | 0.00 | 8.98 |
| **Milosavljevic, Luka** | | Server AM | Nov 10, 2022 | 11:51 AM | 03:00 PM | FALSE | 3.16 | 0.00 | 0.00 | 3.16 |
| **Milosavljevic, Luka** | | Server PM | Nov 10, 2022 | 03:00 PM | 11:52 PM | FALSE | 8.85 | 0.00 | 0.00 | 8.85 |
| **Milosavljevic, Luka** | | Server PM | Nov 11, 2022 | 03:03 PM | 01:04 AM | FALSE | 10.01 | 0.00 | 0.00 | 10.01 |
| **Milosavljevic, Luka** | | Server PM | Nov 14, 2022 | 03:54 PM | 11:45 PM | FALSE | 7.85 | 0.00 | 0.00 | 7.85 |
| **Milosavljevic, Luka** | | Server PM | Nov 15, 2022 | 04:03 PM | 11:35 PM | FALSE | 7.52 | 0.00 | 0.00 | 7.52 |
| **Milosavljevic, Luka** | | Server PM | Nov 16, 2022 | 03:34 PM | 11:52 PM | FALSE | 8.31 | 0.00 | 0.00 | 8.31 |
| **Milosavljevic, Luka** | | Server PM | Nov 17, 2022 | 04:00 PM | 11:00 PM | FALSE | 6.99 | 0.00 | 0.00 | 6.99 |
| **Milosavljevic, Luka** | | Server AM | Nov 18, 2022 | 11:05 AM | 03:47 PM | FALSE | 4.69 | 0.00 | 0.00 | 4.69 |
| **Milosavljevic, Luka** | | Server PM | Nov 21, 2022 | 04:16 PM | 10:47 PM | FALSE | 6.51 | 0.00 | 0.00 | 6.51 |
| **Milosavljevic, Luka** | | Server PM | Nov 22, 2022 | 04:12 PM | 12:13 AM | FALSE | 8.01 | 0.00 | 0.00 | 8.01 |
| **Milosavljevic, Luka** | | Server PM | Nov 23, 2022 | 03:30 PM | 11:01 PM | FALSE | 7.52 | 0.00 | 0.00 | 7.52 |
| **Milosavljevic, Luka** | | Server PM | Nov 28, 2022 | 03:59 PM | 10:30 PM | FALSE | 6.53 | 0.00 | 0.00 | 6.53 |
| **Milosavljevic, Luka** | | Server PM | Dec 01, 2022 | 03:18 PM | 11:25 PM | FALSE | 8.13 | 0.00 | 0.00 | 8.13 |
| **Milosavljevic, Luka** | | Server PM | Dec 05, 2022 | 03:59 PM | 10:21 PM | FALSE | 6.37 | 0.00 | 0.00 | 6.37 |
| **Milosavljevic, Luka** | | Server PM | Dec 06, 2022 | 04:02 PM | 11:10 PM | FALSE | 7.14 | 0.00 | 0.00 | 7.14 |
| **Milosavljevic, Luka** | | Server PM | Dec 07, 2022 | 03:59 PM | 10:01 PM | FALSE | 6.04 | 0.00 | 0.00 | 6.04 |
| **Milosavljevic, Luka** | | Server AM | Dec 08, 2022 | 11:05 AM | 05:02 PM | FALSE | 5.95 | 0.00 | 0.00 | 5.95 |
| **Milosavljevic, Luka** | | Server PM | Dec 12, 2022 | 03:58 PM | 12:03 AM | FALSE | 8.08 | 0.00 | 0.00 | 8.08 |
| **Milosavljevic, Luka** | | Server PM | Dec 13, 2022 | 04:01 PM | 11:13 PM | FALSE | 7.20 | 0.00 | 0.00 | 7.20 |
| **Milosavljevic, Luka** | | Server PM | Dec 14, 2022 | 03:59 PM | 11:10 PM | FALSE | 7.17 | 0.00 | 0.00 | 7.17 |
| **Milosavljevic, Luka** | | Server PM | Jan 19, 2023 | 03:57 PM | 10:58 PM | FALSE | 7.01 | 0.00 | 0.00 | 7.01 |
| **Milosavljevic, Luka** | | Server AM | Jan 20, 2023 | 10:33 AM | 03:52 PM | FALSE | 5.31 | 0.00 | 0.00 | 5.31 |
| **Milosavljevic, Luka** | | Server PM | Jan 20, 2023 | 03:52 PM | 12:00 AM | FALSE | 8.14 | 0.00 | 0.00 | 8.14 |
| **Milosavljevic, Luka** | | Server PM | Jan 21, 2023 | 03:59 PM | 01:14 AM | FALSE | 9.25 | 0.00 | 0.00 | 9.25 |
| **Milosavljevic, Luka** | | Server PM | Jan 25, 2023 | 03:57 PM | 10:45 PM | FALSE | 6.79 | 0.00 | 0.00 | 6.79 |
| **Milosavljevic, Luka** | | Server PM | Jan 26, 2023 | 04:22 PM | 11:51 PM | FALSE | 7.47 | 0.00 | 0.00 | 7.47 |
| **Milosavljevic, Luka** | | Server PM | Jan 27, 2023 | 04:03 PM | 11:04 PM | FALSE | 7.02 | 0.00 | 0.00 | 7.02 |
| **Milosavljevic, Luka** | | Server PM | Jan 28, 2023 | 04:00 PM | 12:57 AM | FALSE | 8.94 | 0.00 | 0.00 | 8.94 |
| **Milosavljevic, Luka** | | Server AM | Jan 29, 2023 | 10:07 AM | 04:31 PM | FALSE | 6.39 | 0.00 | 0.00 | 6.39 |
| **Milosavljevic, Luka** | | Server PM | Jan 31, 2023 | 03:52 PM | 11:12 PM | FALSE | 7.32 | 0.00 | 0.00 | 7.32 |
| **Milosavljevic, Luka** | | Server PM | Feb 01, 2023 | 03:45 PM | 11:53 PM | FALSE | 8.13 | 0.00 | 0.00 | 8.13 |
| **Milosavljevic, Luka** | | Server PM | Feb 02, 2023 | 03:58 PM | 12:07 AM | FALSE | 8.14 | 0.00 | 0.00 | 8.14 |
| **Milosavljevic, Luka** | | Server PM | Feb 03, 2023 | 04:02 PM | 11:29 PM | FALSE | 7.47 | 0.00 | 0.00 | 7.47 |
| **Milosavljevic, Luka** | | Server PM | Feb 06, 2023 | 04:41 PM | 11:47 PM | FALSE | 7.10 | 0.00 | 0.00 | 7.10 |
| **Milosavljevic, Luka** | | Server PM | Feb 07, 2023 | 04:01 PM | 11:10 PM | FALSE | 7.14 | 0.00 | 0.00 | 7.14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Milosavljevic, Luka** | | Server PM | Feb 09, 2023 | 04:12 PM | 11:57 PM | FALSE | 7.76 | 0.00 | 0.00 | 7.76 |
| **Milosavljevic, Luka** | | Server PM | Feb 10, 2023 | 04:34 PM | 01:13 AM | FALSE | 8.65 | 0.00 | 0.00 | 8.65 |
| **Milosavljevic, Luka** | | Server PM | Feb 14, 2023 | 04:55 PM | 11:25 PM | FALSE | 6.50 | 0.00 | 0.00 | 6.50 |
| **Milosavljevic, Luka** | | Server PM | Feb 15, 2023 | 03:57 PM | 11:37 PM | FALSE | 7.67 | 0.00 | 0.00 | 7.67 |
| **Milosavljevic, Luka** | | Server PM | Feb 16, 2023 | 04:18 PM | 11:53 PM | FALSE | 7.58 | 0.00 | 166.28 | 7.58 |
| **Milosavljevic, Luka** | | Server PM | Feb 17, 2023 | 05:12 PM | 12:45 AM | FALSE | 7.56 | 0.00 | 0.00 | 7.56 |
| **Milosavljevic, Luka** | | Training ONLY | Feb 20, 2023 | 03:34 PM | 04:14 PM | FALSE | 0.67 | 0.00 | 0.00 | 0.67 |
| **Milosavljevic, Luka** | | Server PM | Feb 20, 2023 | 04:16 PM | 10:32 PM | FALSE | 6.27 | 0.00 | 0.00 | 6.27 |
| **Milosavljevic, Luka** | | Server PM | Feb 22, 2023 | 05:04 PM | 10:34 PM | FALSE | 5.51 | 0.00 | 0.00 | 5.51 |
| **Milosavljevic, Luka** | | Server PM | Feb 23, 2023 | 04:36 PM | 01:17 AM | FALSE | 8.68 | 0.00 | 0.00 | 8.68 |
| **Milosavljevic, Luka** | | Server PM | Feb 25, 2023 | 03:54 PM | 11:53 PM | FALSE | 7.98 | 0.00 | 0.00 | 7.98 |
| **Milosavljevic, Luka** | | Server PM | Feb 27, 2023 | 06:01 PM | 10:54 PM | FALSE | 4.88 | 0.00 | 25.00 | 4.88 |
| **Milosavljevic, Luka** | | Server PM | Feb 28, 2023 | 03:53 PM | 11:19 PM | FALSE | 7.44 | 0.00 | 0.00 | 7.44 |
| **Milosavljevic, Luka** | | Server PM | Mar 02, 2023 | 03:57 PM | 10:47 PM | FALSE | 6.84 | 0.00 | 0.00 | 6.84 |
| **Milosavljevic, Luka** | | Server PM | Mar 04, 2023 | 03:51 PM | 11:50 PM | FALSE | 7.97 | 0.00 | 0.00 | 7.97 |
| **Milosavljevic, Luka** | | Server PM | Mar 06, 2023 | 03:55 PM | 10:52 PM | FALSE | 6.96 | 0.00 | 0.00 | 6.96 |
| **Milosavljevic, Luka** | | Server PM | Mar 07, 2023 | 04:01 PM | 09:50 PM | FALSE | 5.82 | 0.00 | 0.00 | 5.82 |
| **Milosavljevic, Luka** | | Server PM | Mar 08, 2023 | 03:55 PM | 09:27 PM | FALSE | 5.53 | 0.00 | 0.00 | 5.53 |
| **Milosavljevic, Luka** | | Server PM | May 03, 2023 | 06:03 PM | 11:36 PM | FALSE | 5.55 | 0.00 | 0.00 | 5.55 |
| **Milosavljevic, Luka** | | Server PM | May 04, 2023 | 06:04 PM | 12:08 AM | FALSE | 6.06 | 0.00 | 0.00 | 6.06 |
| **Milosavljevic, Luka** | | Server PM | May 07, 2023 | 03:55 PM | 11:06 PM | FALSE | 7.18 | 0.50 | 0.00 | 6.68 |
| **Milosavljevic, Luka** | | Server PM | May 09, 2023 | 06:00 PM | 12:31 AM | FALSE | 6.51 | 0.00 | 0.00 | 6.51 |
| **Milosavljevic, Luka** | | Server PM | May 11, 2023 | 03:40 PM | 11:41 PM | FALSE | 8.01 | 0.50 | 0.00 | 7.51 |
| **Milosavljevic, Luka** | | Server AM | May 12, 2023 | 10:34 AM | 03:03 PM | FALSE | 4.48 | 0.00 | 0.00 | 4.48 |
| **Milosavljevic, Luka** | | Server PM | May 12, 2023 | 04:00 PM | 11:20 PM | FALSE | 7.33 | 0.00 | 0.00 | 7.33 |
| **Milosavljevic, Luka** | | Server AM | May 14, 2023 | 10:00 AM | 04:00 PM | FALSE | 6.00 | 0.00 | 0.00 | 6.00 |
| **Milosavljevic, Luka** | | Server PM | May 14, 2023 | 04:00 PM | 05:05 PM | FALSE | 1.08 | 0.00 | 0.00 | 1.08 |
| **Milosavljevic, Luka** | | Server AM | May 17, 2023 | 10:27 AM | 04:00 PM | FALSE | 5.55 | 0.00 | 0.00 | 5.55 |
| **Milosavljevic, Luka** | | Server PM | May 19, 2023 | 04:30 PM | 12:42 AM | FALSE | 8.20 | 0.00 | 0.00 | 8.20 |
| **Milosavljevic, Luka** | | Server PM | May 20, 2023 | 04:00 PM | 12:56 AM | FALSE | 8.93 | 0.00 | 20.00 | 8.93 |
| **Milosavljevic, Luka** | | Server PM | May 22, 2023 | 05:59 PM | 12:06 AM | FALSE | 6.12 | 0.00 | 0.00 | 6.12 |
| **Milosavljevic, Luka** | | Server PM | May 23, 2023 | 06:07 PM | 10:08 PM | FALSE | 4.02 | 0.00 | 0.00 | 4.02 |
| **Milosavljevic, Luka** | | Server PM | May 27, 2023 | 03:59 PM | 12:19 AM | FALSE | 8.32 | 0.00 | 60.00 | 8.32 |
| **Milosavljevic, Luka** | | Server AM | May 30, 2023 | 11:36 AM | 03:26 PM | FALSE | 3.84 | 0.00 | 0.00 | 3.84 |
| **Milosavljevic, Luka** | | Server AM | May 31, 2023 | 11:10 AM | 03:45 PM | FALSE | 4.58 | 0.00 | 0.00 | 4.58 |
| **Milosavljevic, Luka** | | Server PM | Jun 09, 2023 | 05:49 PM | 12:40 AM | FALSE | 6.84 | 0.00 | 0.00 | 6.84 |
| **Milosavljevic, Luka** | | Server PM | Jun 10, 2023 | 05:54 PM | 12:20 AM | FALSE | 6.45 | 0.52 | 0.00 | 5.93 |
| **Milosavljevic, Luka** | | Server PM | Jun 16, 2023 | 04:00 PM | 11:40 PM | FALSE | 7.67 | 0.50 | 0.00 | 7.17 |
| **Milosavljevic, Luka** | | Server PM | Jun 17, 2023 | 04:00 PM | 11:13 PM | FALSE | 7.22 | 0.50 | 0.00 | 6.72 |
| **Milosavljevic, Luka** | | Server AM | Jun 18, 2023 | 10:02 AM | 04:00 PM | FALSE | 5.97 | 0.00 | 0.00 | 5.97 |
| **Milosavljevic, Luka** | | Server PM | Jun 23, 2023 | 04:00 PM | 11:39 PM | FALSE | 7.65 | 0.50 | 0.00 | 7.15 |
| **Milosavljevic, Luka** | | Server PM | Jun 24, 2023 | 05:51 PM | 11:58 PM | FALSE | 6.12 | 0.00 | 0.00 | 6.12 |
| **Milosavljevic, Luka** | | Server PM | Jun 30, 2023 | 05:40 PM | 11:26 PM | FALSE | 5.78 | 0.00 | 0.00 | 5.78 |
| **Milosavljevic, Luka** | | Server PM | Jul 01, 2023 | 03:37 PM | 10:30 PM | FALSE | 6.90 | 0.51 | 0.00 | 6.39 |
| **Milosavljevic, Luka** | | Server PM | Jul 07, 2023 | 03:51 PM | 09:20 PM | FALSE | 5.47 | 0.00 | 0.00 | 5.47 |
| **Milosavljevic, Luka** | | Server PM | Jul 09, 2023 | 05:58 PM | 07:31 PM | FALSE | 1.56 | 0.00 | 0.00 | 1.56 |
| **Milosavljevic, Luka** | | Private Events | Jul 12, 2023 | 09:00 AM | 02:00 AM | FALSE | 17.00 | 2.00 | 0.00 | 15.00 |
| **Milosavljevic, Luka** | | Server PM | Jul 14, 2023 | 05:23 PM | 12:31 AM | FALSE | 7.15 | 0.00 | 0.00 | 7.15 |
| **Milosavljevic, Luka** | | Server PM | Jul 15, 2023 | 03:57 PM | 11:08 PM | FALSE | 7.19 | 0.00 | 0.00 | 7.19 |
| **Milosavljevic, Luka** | | Server PM | Sep 06, 2023 | 03:16 PM | 10:07 PM | FALSE | 6.84 | 0.50 | 0.00 | 6.34 |
| **Milosavljevic, Luka** | | Server PM | Sep 07, 2023 | 03:25 PM | 01:00 AM | FALSE | 9.59 | 0.00 | 0.00 | 9.59 |
| **Milosavljevic, Luka** | | Server PM | Sep 08, 2023 | 03:59 PM | 12:08 AM | FALSE | 8.16 | 0.60 | 0.00 | 7.56 |
| **Milosavljevic, Luka** | | Server PM | Sep 09, 2023 | 03:54 PM | 01:21 AM | FALSE | 9.45 | 0.12 | 0.00 | 9.33 |
| **Milosavljevic, Luka** | | Server PM | Sep 13, 2023 | 03:58 PM | 10:36 PM | FALSE | 6.64 | 0.00 | 0.00 | 6.64 |
| **Milosavljevic, Luka** | | Server PM | Sep 14, 2023 | 03:21 PM | 10:00 PM | FALSE | 6.65 | 0.00 | 0.00 | 6.65 |
| **Milosavljevic, Luka** | | Server PM | Sep 15, 2023 | 03:57 PM | 11:24 PM | FALSE | 7.45 | 0.50 | 0.00 | 6.95 |
| **Milosavljevic, Luka** | | Server PM | Sep 16, 2023 | 04:01 PM | 12:45 AM | FALSE | 8.74 | 0.57 | 0.00 | 8.17 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Milosavljevic, Luka** | | Server PM | Sep 20, 2023 | 04:01 PM | 10:46 PM | FALSE | 6.75 | 0.50 | 0.00 | 6.25 |
| **Milosavljevic, Luka** | | Server PM | Sep 21, 2023 | 03:46 PM | 11:25 PM | FALSE | 7.64 | 0.50 | 0.00 | 7.14 |
| **Milosavljevic, Luka** | | Server PM | Sep 22, 2023 | 03:45 PM | 12:19 AM | FALSE | 8.56 | 0.50 | 0.00 | 8.06 |
| **Milosavljevic, Luka** | | Server PM | Sep 23, 2023 | 03:48 PM | 12:54 AM | FALSE | 9.11 | 0.50 | 0.00 | 8.61 |
| **Milosavljevic, Luka** | | Server PM | Sep 27, 2023 | 07:11 PM | 12:02 AM | FALSE | 4.86 | 0.00 | 0.00 | 4.86 |
| **Milosavljevic, Luka** | | Server PM | Sep 28, 2023 | 04:51 PM | 11:30 PM | FALSE | 6.64 | 0.00 | 125.00 | 6.64 |
| **Milosavljevic, Luka** | | Server PM | Sep 29, 2023 | 03:43 PM | 12:31 AM | FALSE | 8.80 | 0.50 | 0.00 | 8.30 |
| **Milosavljevic, Luka** | | Server PM | Sep 30, 2023 | 04:10 PM | 11:51 PM | FALSE | 7.68 | 0.51 | 0.00 | 7.17 |
| **Milosavljevic, Luka** | | Server PM | Oct 02, 2023 | 06:18 PM | 11:26 PM | FALSE | 5.14 | 0.00 | 0.00 | 5.14 |
| **Milosavljevic, Luka** | | Server PM | Oct 04, 2023 | 03:45 PM | 10:17 PM | FALSE | 6.53 | 0.50 | 0.00 | 6.03 |
| **Milosavljevic, Luka** | | Server PM | Nov 01, 2023 | 05:59 PM | 10:45 PM | FALSE | 4.76 | 0.00 | 0.00 | 4.76 |
| **Milosavljevic, Luka** | | Server PM | Nov 02, 2023 | 04:15 PM | 09:34 PM | FALSE | 5.33 | 0.00 | 0.00 | 5.33 |
| **Milosavljevic, Luka** | | Server PM | Nov 03, 2023 | 05:26 PM | 12:05 AM | FALSE | 6.66 | 0.00 | 0.00 | 6.66 |
| **Milosavljevic, Luka** | | Server PM | Nov 04, 2023 | 03:59 PM | 08:07 PM | FALSE | 4.13 | 0.00 | 0.00 | 4.13 |
| **Milosavljevic, Luka** | | Server PM | Nov 07, 2023 | 03:54 PM | 11:24 PM | FALSE | 7.49 | 0.51 | 0.00 | 6.98 |
| **Milosavljevic, Luka** | | Server PM | Nov 08, 2023 | 05:45 PM | 11:50 PM | FALSE | 6.09 | 0.00 | 0.00 | 6.09 |
| **Milosavljevic, Luka** | | Server PM | Nov 09, 2023 | 03:56 PM | 11:08 PM | FALSE | 7.19 | 0.50 | 0.00 | 6.69 |
| **Milosavljevic, Luka** | | Server PM | Nov 10, 2023 | 05:46 PM | 12:11 AM | FALSE | 6.42 | 0.00 | 0.00 | 6.42 |
| **Milosavljevic, Luka** | | Server PM | Nov 11, 2023 | 04:01 PM | 11:38 PM | FALSE | 7.63 | 0.51 | 0.00 | 7.12 |
| **Milosavljevic, Luka** | | Server PM | Nov 15, 2023 | 05:41 PM | 10:38 PM | FALSE | 4.94 | 0.00 | 0.00 | 4.94 |
| **Milosavljevic, Luka** | | Server PM | Nov 16, 2023 | 04:30 PM | 10:38 PM | FALSE | 6.14 | 0.00 | 0.00 | 6.14 |
| **Milosavljevic, Luka** | | Server PM | Nov 18, 2023 | 04:35 PM | 11:08 PM | FALSE | 6.54 | 0.00 | 0.00 | 6.54 |
| **Milosavljevic, Luka** | | Server PM | Nov 25, 2023 | 04:30 PM | 10:00 PM | FALSE | 5.50 | 0.00 | 0.00 | 5.50 |
| **Milosavljevic, Luka** | | Server PM | Nov 29, 2023 | 05:30 PM | 11:55 PM | FALSE | 6.42 | 0.00 | 0.00 | 6.42 |
| **Milosavljevic, Luka** | | Server PM | Dec 05, 2023 | 04:41 PM | 10:41 PM | FALSE | 6.00 | 0.00 | 0.00 | 6.00 |
| **Milosavljevic, Luka** | | Server PM | Dec 06, 2023 | 05:30 PM | 10:55 PM | FALSE | 5.41 | 0.00 | 0.00 | 5.41 |
| **Milosavljevic, Luka** | | Server PM | Dec 07, 2023 | 06:00 PM | 10:26 PM | FALSE | 4.43 | 0.00 | 0.00 | 4.43 |
| **Milosavljevic, Luka** | | Server PM | Dec 08, 2023 | 04:29 PM | 11:35 PM | FALSE | 7.09 | 0.00 | 0.00 | 7.09 |
| **Milosavljevic, Luka** | | Server PM | Dec 09, 2023 | 08:03 PM | 04:13 AM | FALSE | 8.16 | 0.50 | 0.00 | 7.66 |
| **Milosavljevic, Luka** | | Server PM | Dec 11, 2023 | 04:30 PM | 10:50 PM | FALSE | 6.34 | 0.00 | 0.00 | 6.34 |
| **Milosavljevic, Luka** | | Server PM | Dec 12, 2023 | 05:24 PM | 11:35 PM | FALSE | 6.19 | 0.00 | 218.86 | 6.19 |
| **Milosavljevic, Luka** | | Server PM | Dec 13, 2023 | 05:27 PM | 11:37 PM | FALSE | 6.17 | 0.50 | 0.00 | 5.67 |
| **Milosavljevic, Luka** | | Server AM | Dec 14, 2023 | 11:00 AM | 04:21 PM | FALSE | 5.36 | 0.00 | 0.00 | 5.36 |
| **Milosavljevic, Luka** | | Server PM | Dec 14, 2023 | 04:21 PM | 11:02 PM | FALSE | 6.68 | 0.53 | 0.00 | 6.15 |
| **Milosavljevic, Luka** | | Server PM | Dec 16, 2023 | 04:49 PM | 12:21 AM | FALSE | 7.54 | 0.00 | 0.00 | 7.54 |
| **Milosavljevic, Luka** | | Server PM | Jan 17, 2024 | 05:30 PM | 11:36 PM | FALSE | 6.10 | 0.00 | 0.00 | 6.10 |
| **Milosavljevic, Luka** | | Server PM | Jan 19, 2024 | 04:30 PM | 10:41 PM | FALSE | 6.19 | 0.00 | 0.00 | 6.19 |
| **Milosavljevic, Luka** | | Server PM | Jan 20, 2024 | 04:30 PM | 10:57 PM | FALSE | 6.46 | 0.00 | 0.00 | 6.46 |
| **Milosavljevic, Luka** | | Server PM | Jan 25, 2024 | 05:30 PM | 10:40 PM | FALSE | 5.17 | 0.00 | 0.00 | 5.17 |
| **Milosavljevic, Luka** | | Server PM | Jan 26, 2024 | 04:30 PM | 09:40 PM | FALSE | 5.18 | 0.00 | 0.00 | 5.18 |
| **Milosavljevic, Luka** | | Server PM | Jan 27, 2024 | 03:53 PM | 11:18 PM | FALSE | 7.42 | 0.50 | 0.00 | 6.92 |
| **Milosavljevic, Luka** | | Server PM | Feb 01, 2024 | 05:31 PM | 10:36 PM | FALSE | 5.07 | 0.00 | 0.00 | 5.07 |
| **Milosavljevic, Luka** | | Server PM | Feb 02, 2024 | 03:55 PM | 10:50 PM | FALSE | 6.92 | 0.00 | 0.00 | 6.92 |
| **Milosavljevic, Luka** | | Server PM | Feb 03, 2024 | 04:00 PM | 10:39 PM | FALSE | 6.65 | 0.50 | 0.00 | 6.15 |
| **Milosavljevic, Luka** | | Server PM | Feb 08, 2024 | 04:00 PM | 10:32 PM | FALSE | 6.55 | 0.00 | 0.00 | 6.55 |
| **Milosavljevic, Luka** | | Server PM | Feb 09, 2024 | 03:49 PM | 11:25 PM | FALSE | 7.60 | 0.50 | 0.00 | 7.10 |
| **Milosavljevic, Luka** | | Training ONLY | Feb 19, 2024 | 11:45 AM | 03:30 PM | FALSE | 3.75 | 0.00 | 0.00 | 3.75 |
| **Milosavljevic, Luka** | | Server PM | Feb 22, 2024 | 04:00 PM | 11:20 PM | FALSE | 7.35 | 0.00 | 0.00 | 7.35 |
| **Milosavljevic, Luka** | | Server PM | Feb 23, 2024 | 04:00 PM | 12:11 AM | FALSE | 8.19 | 0.50 | 0.00 | 7.69 |
| **Milosavljevic, Luka** | | Server PM | Feb 24, 2024 | 03:55 PM | 11:09 PM | FALSE | 7.25 | 0.51 | 0.00 | 6.74 |
| **Milosavljevic, Luka** | | Server PM | Feb 29, 2024 | 05:40 PM | 11:21 PM | FALSE | 5.70 | 0.00 | 0.00 | 5.70 |
| **Milosavljevic, Luka** | | Server PM | Mar 01, 2024 | 04:08 PM | 11:27 PM | FALSE | 7.32 | 0.00 | 11.05 | 7.32 |
| **Milosavljevic, Luka** | | Server PM | Mar 02, 2024 | 03:55 PM | 11:09 PM | FALSE | 7.24 | 0.00 | 0.00 | 7.24 |
| **Milosavljevic, Luka** | | Server PM | Mar 08, 2024 | 04:10 PM | 10:10 PM | FALSE | 6.01 | 0.00 | 0.00 | 6.01 |
| **Milosavljevic, Luka** | | Server PM | Mar 09, 2024 | 03:55 PM | 11:35 PM | FALSE | 7.68 | 0.50 | 0.00 | 7.18 |
| **Milosavljevic, Luka** | | Server PM | Mar 11, 2024 | 05:55 PM | 11:07 PM | FALSE | 5.21 | 0.00 | 0.00 | 5.21 |
| **Milosavljevic, Luka** | | Server PM | Mar 14, 2024 | 05:55 PM | 10:54 PM | FALSE | 4.99 | 0.00 | 0.00 | 4.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Milosavljevic, Luka** | | Server PM | Mar 15, 2024 | 05:50 PM | 11:50 PM | FALSE | 6.00 | 0.00 | 0.00 | 6.00 |
| **Milosavljevic, Luka** | | Server PM | Mar 16, 2024 | 03:50 PM | 12:00 AM | FALSE | 8.17 | 0.50 | 0.00 | 7.67 |
| **Milosavljevic, Luka** | | Server PM | Mar 18, 2024 | 04:45 PM | 11:20 PM | FALSE | 6.59 | 0.00 | 0.00 | 6.59 |
| **Milosavljevic, Luka** | | Server PM | Mar 19, 2024 | 05:00 PM | 11:32 PM | FALSE | 6.54 | 0.00 | 38.00 | 6.54 |
| **Milosavljevic, Luka** | | Server PM | Mar 22, 2024 | 05:30 PM | 12:10 AM | FALSE | 6.67 | 0.00 | 0.00 | 6.67 |
| **Milosavljevic, Luka** | | Server PM | Mar 23, 2024 | 04:20 PM | 12:03 AM | FALSE | 7.72 | 0.00 | 0.00 | 7.72 |
| **Milosavljevic, Luka** | | Server PM | Mar 25, 2024 | 05:50 PM | 10:52 PM | FALSE | 5.03 | 0.00 | 0.00 | 5.03 |
| **Milosavljevic, Luka** | | Server PM | Mar 26, 2024 | 04:50 PM | 10:52 PM | FALSE | 6.05 | 0.00 | 50.00 | 6.05 |
| **Milosavljevic, Luka** | | Server PM | Mar 28, 2024 | 06:00 PM | 11:51 PM | FALSE | 5.86 | 0.00 | 0.00 | 5.86 |
| **Milosavljevic, Luka** | | Server PM | Mar 29, 2024 | 05:50 PM | 11:38 PM | FALSE | 5.80 | 0.00 | 0.00 | 5.80 |
| **Milosavljevic, Luka** | | Server PM | Mar 30, 2024 | 03:50 PM | 11:52 PM | FALSE | 8.04 | 0.00 | 0.00 | 8.04 |
| **Milosavljevic, Luka** | | Server PM | Apr 01, 2024 | 03:55 PM | 11:02 PM | FALSE | 7.13 | 0.51 | 38.00 | 6.62 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 02, 2024 | 12:00 PM | 03:02 PM | FALSE | 3.04 | 0.00 | 0.00 | 3.04 |
| **Milosavljevic, Luka** | | Server PM | Apr 02, 2024 | 05:55 PM | 11:29 PM | FALSE | 5.57 | 0.00 | 0.00 | 5.57 |
| **Milosavljevic, Luka** | | Server PM | Apr 03, 2024 | 05:50 PM | 11:50 PM | FALSE | 6.00 | 0.00 | 0.00 | 6.00 |
| **Milosavljevic, Luka** | | Server PM | Apr 04, 2024 | 05:50 PM | 11:14 PM | FALSE | 5.40 | 0.00 | 0.00 | 5.40 |
| **Milosavljevic, Luka** | | Server PM | Apr 05, 2024 | 05:50 PM | 12:18 AM | FALSE | 6.48 | 0.00 | 0.00 | 6.48 |
| **Milosavljevic, Luka** | | Server PM | Apr 06, 2024 | 04:15 PM | 11:58 PM | FALSE | 7.72 | 0.00 | 0.00 | 7.72 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 08, 2024 | 03:59 PM | 04:33 PM | FALSE | 0.58 | 0.00 | 0.00 | 0.58 |
| **Milosavljevic, Luka** | | Server PM | Apr 08, 2024 | 04:33 PM | 11:46 PM | FALSE | 7.21 | 0.52 | 37.00 | 6.69 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 09, 2024 | 04:00 PM | 04:32 PM | FALSE | 0.54 | 0.00 | 0.00 | 0.54 |
| **Milosavljevic, Luka** | | Server PM | Apr 09, 2024 | 04:32 PM | 09:56 PM | FALSE | 5.40 | 0.00 | 0.00 | 5.40 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 11, 2024 | 03:55 PM | 04:26 PM | FALSE | 0.52 | 0.00 | 0.00 | 0.52 |
| **Milosavljevic, Luka** | | Server PM | Apr 11, 2024 | 04:26 PM | 11:11 PM | FALSE | 6.76 | 0.00 | 0.00 | 6.76 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 12, 2024 | 04:00 PM | 04:30 PM | FALSE | 0.50 | 0.00 | 0.00 | 0.50 |
| **Milosavljevic, Luka** | | Server PM | Apr 12, 2024 | 04:35 PM | 10:35 PM | FALSE | 6.01 | 0.00 | 0.00 | 6.01 |
| **Milosavljevic, Luka** | | Server PM | Apr 13, 2024 | 03:55 PM | 11:38 PM | FALSE | 7.73 | 0.00 | 0.00 | 7.73 |
| **Milosavljevic, Luka** | | Server PM | Apr 14, 2024 | 04:15 PM | 11:19 PM | FALSE | 7.08 | 0.52 | 0.00 | 6.56 |
| **Milosavljevic, Luka** | | Server PM | Apr 15, 2024 | 03:55 PM | 12:34 AM | FALSE | 8.66 | 0.00 | 0.00 | 8.66 |
| **Milosavljevic, Luka** | | Server PM | Apr 16, 2024 | 05:40 PM | 10:52 PM | FALSE | 5.21 | 0.00 | 0.00 | 5.21 |
| **Milosavljevic, Luka** | | Server PM | Apr 17, 2024 | 05:45 PM | 11:45 PM | FALSE | 6.01 | 0.00 | 0.00 | 6.01 |
| **Milosavljevic, Luka** | | Server PM | Apr 18, 2024 | 04:40 PM | 11:37 PM | FALSE | 6.95 | 0.00 | 0.00 | 6.95 |
| **Milosavljevic, Luka** | | Server PM | Apr 19, 2024 | 05:50 PM | 12:04 AM | FALSE | 6.25 | 0.00 | 0.00 | 6.25 |
| **Milosavljevic, Luka** | | Server PM | Apr 20, 2024 | 04:25 PM | 12:22 AM | FALSE | 7.95 | 0.00 | 0.00 | 7.95 |
| **Milosavljevic, Luka** | | Server PM | Apr 22, 2024 | 03:55 PM | 09:48 PM | FALSE | 5.90 | 0.00 | 0.00 | 5.90 |
| **Milosavljevic, Luka** | | Training ONLY | Apr 23, 2024 | 03:55 PM | 04:30 PM | FALSE | 0.60 | 0.00 | 0.00 | 0.60 |
| **Milosavljevic, Luka** | | Server PM | Apr 23, 2024 | 04:30 PM | 09:01 PM | FALSE | 4.50 | 0.00 | 0.00 | 4.50 |
| **Milosavljevic, Luka** | | Server PM | Apr 24, 2024 | 05:20 PM | 11:14 PM | FALSE | 5.92 | 0.00 | 0.00 | 5.92 |
| **Milosavljevic, Luka** | | Training ONLY | Jul 10, 2024 | 04:20 PM | 08:30 PM | FALSE | 4.17 | 0.00 | 0.00 | 4.17 |
| **Milosavljevic, Luka** | | Server PM | Jul 11, 2024 | 04:05 PM | 11:47 PM | FALSE | 7.71 | 0.00 | 0.00 | 7.71 |
| **Milosavljevic, Luka** | | Server PM | Jul 12, 2024 | 04:15 PM | 10:54 PM | FALSE | 6.65 | 0.00 | 100.00 | 6.65 |
| **Milosavljevic, Luka** | | Server PM | Jul 15, 2024 | 04:20 PM | 10:20 PM | FALSE | 6.01 | 0.00 | 0.00 | 6.01 |
| **Milosavljevic, Luka** | | Server PM | Jul 19, 2024 | 04:20 PM | 09:39 PM | FALSE | 5.32 | 0.00 | 0.00 | 5.32 |
| **Milosavljevic, Luka** | | Server PM | Jul 25, 2024 | 05:50 PM | 11:01 PM | FALSE | 5.19 | 0.00 | 0.00 | 5.19 |
| **Milosavljevic, Luka** | | Frances Server | Jul 26, 2024 | 04:15 PM | 09:40 PM | FALSE | 5.43 | 0.00 | 0.00 | 5.43 |
| **Milosavljevic, Luka** | | Frances Server | Jul 29, 2024 | 05:45 PM | 10:45 PM | FALSE | 5.02 | 0.00 | 0.00 | 5.02 |
| **Milosavljevic, Luka** | | Server PM | Jul 30, 2024 | 05:40 PM | 11:11 PM | FALSE | 5.53 | 0.00 | 0.00 | 5.53 |
| **Milosavljevic, Luka** | | Frances Server | Aug 02, 2024 | 04:20 PM | 10:05 PM | FALSE | 5.77 | 0.00 | 0.00 | 5.77 |
| **Milosavljevic, Luka** | | Server PM | Aug 05, 2024 | 05:45 PM | 11:10 PM | FALSE | 5.43 | 0.00 | 0.00 | 5.43 |
| **Milosavljevic, Luka** | | Server PM | Aug 08, 2024 | 04:20 PM | 09:30 PM | FALSE | 5.18 | 0.00 | 0.00 | 5.18 |
| **Milosavljevic, Luka** | | Server PM | Aug 10, 2024 | 04:15 PM | 10:24 PM | FALSE | 6.16 | 0.00 | 0.00 | 6.16 |
| **Milosavljevic, Luka** | | Frances Server | Aug 15, 2024 | 04:45 PM | 09:26 PM | FALSE | 4.68 | 0.00 | 0.00 | 4.68 |
| **Milosavljevic, Luka** | | Server PM | Aug 19, 2024 | 04:36 PM | 11:21 PM | FALSE | 6.76 | 0.00 | 0.00 | 6.76 |
| **Milosavljevic, Luka** | | Server PM | Aug 29, 2024 | 04:29 PM | 10:25 PM | FALSE | 5.94 | 0.00 | 0.00 | 5.94 |
| **Milosavljevic, Luka** | | Server PM | Sep 10, 2024 | 04:55 PM | 11:21 PM | FALSE | 6.44 | 0.00 | 0.00 | 6.44 |
| **Milosavljevic, Luka** | | Server PM | Sep 16, 2024 | 04:20 PM | 10:20 PM | FALSE | 6.01 | 0.00 | 0.00 | 6.01 |
| **Milosavljevic, Luka** | | Server PM | Sep 17, 2024 | 04:45 PM | 10:12 PM | FALSE | 5.46 | 0.00 | 0.00 | 5.46 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Milosavljevic, Luka** | | Server PM | Sep 28, 2024 | 04:20 PM | 02:17 AM | FALSE | 9.96 | 0.00 | 0.00 | 9.96 |
| **Milosavljevic, Luka** | | Server PM | Sep 30, 2024 | 04:05 PM | 10:42 PM | FALSE | 6.62 | 0.00 | 0.00 | 6.62 |
| **Milosavljevic, Luka** | | Server PM | Oct 09, 2024 | 05:20 PM | 11:45 PM | FALSE | 6.42 | 0.00 | 0.00 | 6.42 |
| **Milosavljevic, Luka** | | Server PM | Oct 11, 2024 | 04:40 PM | 11:29 PM | FALSE | 6.83 | 0.00 | 0.00 | 6.83 |
| **Milosavljevic, Luka** | | Server PM | Oct 16, 2024 | 04:25 PM | 11:00 PM | FALSE | 6.58 | 0.00 | 0.00 | 6.58 |
| **Milosavljevic, Luka** | | Server PM | Oct 18, 2024 | 05:10 PM | 06:20 PM | FALSE | 1.18 | 0.00 | 0.00 | 1.18 |