# EXHIBIT B



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:
Casa Cruz 61 LLC

Doing Business As (DBA) Name(s):
Casa Cruz

FEIN (optional):
84-4007752

Physical Address:
36 East 61st Street
New York, NY 10065

Mailing Address:
750 Lexington Avenue
New York, NY 10022

Phone:

**2. Notice given:**
☒ At hiring
☐ Before a change in pay rate(s), allowances claimed or payday

**3. Employee's rate of pay:**
$ 15.00 per hour

**4. Allowances taken:**
☐ None
☒ Tips  5.00  per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** Friday

**6. Pay is:**
☒ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 22.50 per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**
☒ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Luka Milosa
Print Employee Name

*Luka Milosavljevic*
Employee Signature

12/15/2023
Date

Tamarah Ramos, HR Consultant
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers.

LS 54 (01/17)