# EXHIBIT E

FOR TIPPED FOOD SERVICE / SERVICE EMPLOYEES ONLY - SOLO PARA EMPLEADOS DE SERVICIO DE COMIDA / EMPLEADOS DE SERVICIO QUE RECIBEN PROPINAS

Case 1:25-cv-05490-AT    Document 36-6    Filed 09/12/25    Page 2 of 2



**Notice of Acknowledgement of Pay Rate and Payday/Aviso y reconocimiento de la tarifa de pago y del día de pago**
**Under Section 195.1 of the New York State Labor Law/En virtud del Artículo 195.1 de la Ley de Trabajo del estado de Nueva York**
**Notice for Hourly Rate Employees and Notice of Tip Credit/Aviso para los empleados con tarifas por hora y Aviso de Crédito de Propina**

1. **Employer Information/Información del empleador**

   Name/Nombre:
   Casa Cruz 61 LLC

   Doing Business As (DBA) Name(s)/Nombre comercial:
   Casa Cruz

   FEIN (optional)/FEIN (opcional):
   86-4007752

   Physical Address/Dirección física:
   36 E. 61st St., New York, NY, 10065

   Mailing Address/Dirección postal:
   750 Lexington Avenue, New York, NY, 10022

   Phone/Teléfono: (212) 970-8983

2. **Notice given/Aviso entregado:**
   ☑ At hiring/En la contratación
   ☐ Before a change in pay rate(s), allowances claimed or payday/Antes del cambio en la tarifa de pago, asignaciones reclamadas o día de pago

3. **Employee's rate of pay/Tarifa de pago del empleado:**
   $ 16.00 per hour/por hora

4. **Allowances taken/Asignaciones tomadas:**
   ☐ None/Ninguna
   ☑ Tips/Propinas 5.35 per hour/por hora
   ☐ Meals/Comidas _____ per meal/por comida
   ☐ Lodging/Alojamiento _____
   ☐ Other/Otro _____

5. **Regular payday/Día de pago regular:** Friday/Viernes

6. **Pay is/El pago es:**
   ☑ Weekly/Semanal
   ☐ Bi-weekly/Bisemanal
   ☐ Other/Otro

7. **Overtime Pay Rate/Tarifa de horas extras:**
   $ 24.00 per hour/por hora

   (This must be at least 1½ times the worker's regular rate with few exceptions.)/(esto debe ser por lo menos 1 ½ veces la tarifa regular del trabajador, con algunas excepciones).

8. **Notice of Tip Credit: FLSA § 203(m) and New York Hospitality Industry Wage Order §§ 146-1.3 & 146-2.2**

   I understand that the Company will deduct up to the maximum allowable tip credit from my hourly wage currently at least $15.00 per hour (or at least $22.50 per hour for all overtime hours). I understand that I will receive a tipped cash wage of at least $10 per hour (or at least $17.50 per hour for all overtime hours) after the tip credit is applied. However, if I do not earn sufficient tips combined with my base wages to at least meet the applicable minimum wage, the law requires the Company to pay me additional wages that week to make up the difference and bring me up to the applicable minimum wage rate at the time of payment. I understand that any tip credit deducted from my hourly wage is based solely on the amount of tips that I actually receive and that my tips will not otherwise be retained by the Company, except for my contribution to the tip pool (or due to an appropriate credit card fee), which is limited to only those employees who customarily and regularly receive tips.

   **Aviso de crédito de propina: Ley de Normativas Equitativas Laborales: FLSA sección203(m), y Orden de salario para la Industria Hotelera de Nueva York, secciones146-1.3 y 146-2.2**

   Yo entiendo que la Compañía me descontara hasta el máximo "crédito de propina" permitido de mi sueldo por hora. Mi sueldo por hora es de un mínimo de $15.00 por hora (o de un mínimo de $22.50 por hora para todas las horas extraordinarias). Entiendo que recibiré un salario de al menos 10.00 dólares por hora (o al menos 17.50 dólares por hora para todas las horas extraordinarias) después de que se me descuente el crédito de propinas. En consecuencia, recibiré una propina en efectivo de mi salario base por hora menos el crédito de propina. Sin embargo, si no gano suficientes propinas combinadas con mi salario base para alcanzar al menos el salario mínimo aplicable, la ley requiere que la Compañía me pague salarios adicionales esa semana para compensar la diferencia y alcanzar la tasa de salario mínimo aplicable. en el momento del pago. Entiendo que cualquier crédito de propina deducido de mi salario por hora se basa únicamente en la cantidad de propinas que realmente recibo y que la Compañía no retendrá mis propinas, excepto por mi contribución al fondo común de propinas (o debido a un pago apropiado). tarifa de tarjeta de crédito), que se limita solo a aquellos empleados que acostumbran y regularmente reciben propinas.

9. **Employee Acknowledgement/Aceptación del empleado:**
   On this day I have been notified of my pay rate, overtime rate (if eligible), tip credit, allowances, and designated pay day on the date given below. I told my employer what my primary language is./En este día, he sido notificado sobre mi tarifa de pago, la tarifa de horas extras (si soy elegible), el crédito de propina, las asignaciones y el día de pago designado en la fecha que se presenta a continuación. Le informé a mi empleador cuál es mi idioma principal.

   **Check one/Seleccione una opción:**
   ☑ I have been given this pay notice in English because it is my primary language.

   ☐ Se me proporcionó este aviso de pago en español porque ese es mi idioma principal.

   ☐ My primary language is/Mi idioma principal es
   _____. I have been given this pay notice in English and Spanish only, because the Department of Labor does not yet offer a pay notice form in my primary language./Se me proporcionó este aviso de pago en inglés y español únicamente porque el Departamento de Trabajo aún no ofrece el formulario de aviso de pago en mi idioma principal.

   Stephanie Jones
   _____
   Print Employee Name/Nombre del empleado en letra de molde

   *[signature]*
   _____
   Employee Signature/Firma del empleado

   04/24/2024
   _____
   Date/Fecha

   Melissa Gonzalez, Human Resources Manager
   _____
   Preparer's Name and Title/Nombre y puesto del preparador

   **The employee must receive a signed copy of this form. The employer must keep the original for 6 years./El empleado debe recibir copia firmada de este formulario. El empleador debe conservar el original durante 6 años.**

   **Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers./**Tenga en cuenta lo siguiente:** Es ilegal que a un empleado se le pague menos que a un empleado del sexo opuesto por el mismo trabajo. Los empleadores tampoco les pueden prohibir a los empleados que hablen de sus salarios con los compañeros de trabajo.