# HELBRAUN | LEVEY

September 12, 2025

**VIA ECF**
Judge Analisa Torres
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Milosavljevic et al v. Casa Cruz 61, LLC d/b/a Casa Cruz et al*
     Case No. 1:25-cv-03490

Dear Judge Torres:

  This firm represents Defendants, Casa Cruz 61, LLC d/b/a Casa Cruz and Juan Santa Cruz (collectively, "Defendants"), in the above-referenced action.

  Pursuant to Section III(J) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request oral argument on its Motion to Dismiss pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure ("FRCP"), Motion for a More Definite Statement pursuant to Rule 12(e) of the FRCP, or in the alternative, Motion to Compel Arbitration pursuant to Rule 12(b)(3) of the FRCP.

                Respectfully submitted,
                */s/ Brianne E. Murphy*
                Brianne E. Murphy
                Melissa L. Greenberg
                Carli P. Miller
                Cynthia Park
                **HELBRAUN & LEVEY LLP**
                40 Fulton St., 28th Floor
                New York, NY 10038
                Tel.: (212) 219-1193

                *Attorneys for Defendants*