UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LUKA MILOSAVLJEVIC, STEPHANIE JONES, AND GUILHERME PARREIRAS, on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ,

                Defendants.
---------------------------------------------------------------x

Case No. 25-CV-03490-AT

**NOTICE OF MOTION TO DISMISS**

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint served in the above-captioned action, the Declaration of Billy Hannon, and the exhibits annexed thereto,] the Defendants will move this Court before the Honorable Analisa Torres, United States District Judge for the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date to be determined by the Court, for (1) an order dismissing each and every cause of action in the Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure ('FRCP") 12(b)(1) and 12(b)(6); (2) an order for a more definite statement pursuant to FRCP 12(e); or in the alternative, (3) an order to compel arbitration pursuant to FRCP 12(b)(3) and for such further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the briefing schedule set by this Court's August 14, 2025 Order, the response to this motion is to be filed by September 26, 2025.

Dated: New York, NY
       September 12, 2025

1

2

/s/ Brianne E. Murphy
Brianne E. Murphy
Melissa L. Greenberg
Cynthia J. Park
Carli P. Miller
**HELBRAUN & LEVEY LLP**
40 Fulton St., 28th Floor
New York, NY 10038
Tel.: (212) 219-1193

*Attorneys for Defendants*

2