UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUKA MILOSAVLJEVIC, STEPHANIE JONES, and GUILHERME PARREIRAS, on behalf of themselves and others similarly situated,

               Plaintiffs,

       -against-

CASA CRUZ 61, LLC d/b/a CASA CRUZ, and JUAN SANTA CRUZ,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/11/2026__

25 Civ. 3490 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated August 14, 2025, the Court held "[b]riefing on Plaintiffs' motion for conditional certification of a collective action" in abeyance.  *See* ECF No. 35.  Although the Court has not yet resolved Defendant's second motion to dismiss, the Court no longer holds Plaintiffs' motion in abeyance, given the parties' ongoing disputes concerning discovery.  *See, e.g.*, ECF No. 58. Accordingly:

- By **April 8, 2026**, Plaintiffs shall file their motion for conditional collective certification;
- By **May 5, 2026**, Defendants shall respond; and
- By **May 19, 2026**, Plaintiffs shall file their reply, if any.

Defendants' first motion to dismiss, *see* ECF No. 36, is DENIED as moot, given that Plaintiffs have filed an amended complaint, to which Defendants filed another motion to dismiss.  *See* ECF No. 50.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

     SO ORDERED.

Dated: March 11, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge