**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Luka Milosavljevic et al.,** | |
| **Plaintiffs,** | **1:25-cv-03490 (AT) (SDA)** |
| **-against-** | **ORDER** |
| **Casa Cruz 61, LLC d/b/a Casa Cruz et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendants appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1. The parties shall meet and confer and, no later than Tuesday, March 24, 2026, shall provide a proposed schedule for all pretrial aspects of the case not yet scheduled, including fact and expert discovery.

2. The parties shall meet and confer regarding current, outstanding discovery disputes and, no later than Friday, March 27, 2026, shall either follow Judge Aaron's individual rules, available at https://nysd.uscourts.gov/hon-stewart-daaron, or file a joint status letter summarizing such disputes for the Court to resolve.

**SO ORDERED.**

Dated:      New York, New York
            March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge