**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Luka Milosavljevic et al.,<br><br>          **Plaintiffs,**<br><br>   **-against-**<br><br>Casa Cruz 61, LLC d/b/a Casa Cruz et al.,<br><br>          **Defendants.** | **1:25-cv-03490 (AT) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint letter to the ECF docket on Tuesday, June 30, 2026, apprising

the Court on the status of discovery.

**SO ORDERED.**

Dated:     New York, New York
          June 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge