**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Luka Milosavljevic et al.,**

**Plaintiffs,**

**-against-**

**Casa Cruz 61, LLC d/b/a Casa Cruz et al.,**

**Defendants.**

**1:25-cv-03490 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendants both appeared. The parties indicated a willingness to hold a settlement conference. Accordingly, it is hereby ORDERED that, no later than Monday, July 13, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated: New York, New York
July 6, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge