**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Luka Milosavljevic et al.,**

**Plaintiffs,**

**-against-**

**Casa Cruz 61, LLC d/b/a Casa Cruz et al.,**

**Defendants.**

**1:25-cv-03490 (AT) (SDA)**

**ORDER SCHEDULING**
**<u>SETTLEMENT CONFERENCE</u>**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, October 21, 2026, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, October 14, 2026).

**SO ORDERED.**

Dated: New York, New York
July 14, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge