**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Luka Milosavljevic et al.,** <br> **Plaintiffs,** <br> **-against-** <br> **Casa Cruz 61, LLC d/b/a Casa Cruz et al.,** <br> **Defendants.** | **1:25-cv-03490 (AT) (SDA)** <br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendants appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1. Defendants shall produce the documents addressed in today's telephone conference by Monday, August 17, 2026.
2. No later than Wednesday, August 5, 2026, Plaintiffs shall file a Letter with the Court addressing why a stay of all further discovery, aside from the documents addressed in today's telephone conference, until the October 21, 2026 settlement conference, should not be granted. No later than Wednesday, August 12, 2026, Defendants shall file their reply.
3. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 99.

**SO ORDERED.**

Dated: New York, New York
July 29, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge