**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Luka Milosavljevic et al.,**

**Plaintiffs,**

**-against-**

**Casa Cruz 61, LLC d/b/a Casa Cruz et al.,**

**Defendants.**

**1:25-cv-03490 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court has under consideration Plaintiffs' 8/5/26 Letter Motion opposing a stay of discovery (ECF No. 111) and Defendants' response (ECF No. 112).[1] In the interim, to avoid any doubt, Defendants are still required to comply with the Court's Order to produce the documents addressed in the July 29, 2026 telephone conference (ECF No. 108) no later than Monday, August 17, 2026.

**SO ORDERED.**

Dated: New York, New York
August 13, 2026

STEWART D. AARON
United States Magistrate Judge

[1] The Court has not yet decided whether to consider Plaintiffs' proposed sur-reply (ECF No. 113).