NETTLE
LAW LLC

**Brian E. Nettle**
geno@nettle-law.com

Application GRANTED. The parties jointly shall submit a proposed amended case management schedule within 14 days after the stay is lifted. The Court clarifies that, while the stay is in place, the deadlines Plaintiffs refer to herein will not expire.
SO ORDERED.
Dated: August 27, 2026.

August 27, 2026

**VIA ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

Re: *Milosavljevic et al. v. Casa Cruz 61, LLC d/b/a Casa Cruz et al.*,
No. 1:25-cv-03490 (AT) (SDA)

Dear Judge Aaron:

Plaintiffs respectfully submit this unopposed letter to request clarification regarding the discovery deadlines in light of Your Honor's August 18, 2026 Opinion and Order (ECF No. 118). Defendants do not object to Plaintiffs seeking this clarification.

The Case Management Plan entered on March 25, 2026 provides that depositions are due by August 28, 2026 and that fact discovery is due by September 25, 2026. ECF No. 75. In the Opinion and Order, Your Honor ordered that discovery is stayed until the later of: (1) disposition of Defendants' pending motion to dismiss; or (2) the settlement conference scheduled for October 21, 2026. ECF No. 118.

Accordingly, Plaintiffs respectfully request that the Court clarify that the deposition and fact-discovery deadlines in the Case Management Plan are held in abeyance during the stay ordered in ECF No. 118 and that those deadlines will not expire while the stay remains in effect. Plaintiffs further respectfully request leave for the parties to submit a joint proposed amended case-management schedule within fourteen (14) days after the stay is lifted, unless the Court directs otherwise.

Plaintiffs thank the Court for its time and consideration.

Respectfully submitted,

*/s Brian E. Nettle*
Brian E. Nettle

**NETTLE LAW LLC**

*Attorney for Plaintiffs, the Proposed FLSA Collective, and the Proposed NYLL Class*