**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Luka Milosavljevic et al.,**<br>**Plaintiffs,**<br>**-against-**<br>**Casa Cruz 61, LLC d/b/a Casa Cruz et al.,**<br>**Defendants.** | **1:25-cv-03490 (AT) (SDA)**<br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

No later than Wednesday, October 28, 2026, the parties shall file a joint letter with a proposed case schedule or, if the parties cannot agree, the parties' respective positions on it.

**SO ORDERED.**

Dated: New York, New York
October 22, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge